IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRY JOYNER,

   Plaintiff,

    v.

CITY OF ATLANTA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-1780-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 29] recommending denying the Defendant's Motion to Dismiss [Doc. 7] as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is DENIED as moot.

SO ORDERED, this 24 day of March, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Joyner\r&r.wpd