IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRY JOYNER,

    Plaintiff,

    v.

CITY OF ATLANTA, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-1780-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 44] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion to Dismiss Amended Complaint [Doc. 33]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Defendants' Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss Amended Complaint [Doc. 33] is GRANTED in part and DENIED in part.

SO ORDERED, this 20 day of March, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge