IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERRY JOYNER, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:16-cv-01780-RDC |
| v. | ) | |
| | ) | |
| CITY OF ATLANTA, *et al*., | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Terry Joyner, by and through undersigned counsel, hereby notifies the Court that the parties have reached a settlement. The appropriate dismissal documents are forthcoming and will be filed upon completion of the necessary settlement documentation.

Respectfully submitted this October 26, 2026.

/s/ MARIO B. WILLIAMS
Mario B. Williams, Esquire
Ga. Bar No. 235254

HUMANITY DIGNITY AND RIGHTS LLC
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: 470-257-2485 | Email: mwilliams@hdrattorneys.com
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing Notice of Settlement with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to all counsel of record.

Respectfully submitted this October 26, 2026.

/s/ MARIO B. WILLIAMS
Mario B. Williams, Esquire
Ga. Bar No. 235254

HUMANITY DIGNITY AND RIGHTS LLC
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: 470-257-2485 | Email: mwilliams@hdrattorneys.com
*Counsel for Plaintiff*