IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TERRY JOYNER**,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF ATLANTA, ET AL.**,<br><br>Defendants. | **CIVIL ACTION**<br>**No. 1:16-cv-01780-RDC** |

**AMENDED JOINT STIPULATION**
**REGARDING SETTLEMENT AND DISMISSAL**

In response to the Court's directive on October 27, 2026, Plaintiff Terry Joyner and Defendant City of Atlanta, Georgia (the "Parties"), by their respective counsel of record, submit this Amended Joint Stipulation Regarding Settlement. The Parties set forth the anticipated dates for approval, execution, payment, and dismissal of this action as follows:

1. The Parties have reached a settlement in principle, subject to the execution of a final written settlement and release agreement and necessary City of Atlanta governmental approvals.

2. The Parties have agreed upon the settlement amount and are in the process of preparing and finalizing a written settlement and release agreement

memorializing the terms of their resolution. The parties anticipate finalizing an agreement within the next seven (7) days.

3. Since Defendant is a municipality, the proposed settlement requires approval through the applicable City procedures. The City anticipates presenting the proposed settlement to the Atlanta City Council on the soonest practical meeting date following execution of the settlement agreement. Those dates remain subject to the governmental meeting schedule and Council action.

4. Upon approval by the Atlanta City Council, the City anticipates processing and issuing payment of the agreed settlement amount as soon as practicable.

5. Following confirmation of payment as provided in the settlement and release agreement, the Parties anticipate filing their stipulation of dismissal with prejudice within three (3) days.

6. If City Council consideration is deferred, or if the anticipated execution or payment timetable materially changes, the Parties will confer and submit a supplemental joint report within 45 days identifying the remaining steps and revised expected dates.

WHEREFORE, the Parties respectfully request that the Court accept this Amended Joint Stipulation with such additional relief as the Court deems appropriate.

Respectfully submitted this 29th day of October, 2026.

*/s/*
Mario Williams
Georgia Bar No. 235254
mwilliams@hdrattorneys.com
HUMANITY DIGNITY AND RIGHTS LLC
3480 Peachtree Road, 2nd Floor
Atlanta, Georgia 30326
(470) 257-2485

*Counsel for Plaintiff*

*/s/*
Jamala McFadden
Georgia Bar No. 490959
jmcfadden@theemploymentlawsolution.com
The Employment Law Solution
800 Mt. Vernon Highway, N.E.
Suite 410
Atlanta, GA 30328
Tel. (678) 424-1380
Fax. (404) 891-6840

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **TERRY JOYNER**,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF ATLANTA, ET AL.,**<br><br>Defendants. | **CIVIL ACTION**<br>**No. 1:16-cv-01780-RDC** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2026, I caused the foregoing AMENDED JOINT STIPULATION REGARDING SETTLEMENT AND DISMISSAL to be filed using the Court's electronic filing system, which will automatically send notice to all counsel of record.

*/s/Jamala Mcfadden*
Jamala McFadden
Georgia Bar No. 490959

*Counsel for Defendant*